1  Larry J. Johnson (SBN: 223645)
   larry.johnson@alston.com
2  **ALSTON & BIRD LLP**
   Two Palo Alto Square, 3000 El Camino Real, Suite 400
3  Palo Alto, California 94306-2112
4  Telephone: (650) 838-2000; Facsimile: (650) 838-2001

5  Alan Behr (*Pro Hac Vice* Pending)
   alan.behr@alston.com
6  **ALSTON & BIRD LLP**
7  90 Park Avenue
   New York, NY 10016-1387 USA
8  Telephone: (212) 210-9400; Facsimile: (212) 210-9444

9  Jonathan N. Gordon (SBN: 82202)
   jonathan.gordon@alston.com
10 Mitra M. Eskandari-Azari (SBN: 261978)
   mitra.azari@alston.com
11 **ALSTON & BIRD LLP**
12 333 S. Hope Street, 16th Floor
   Los Angeles, California 90071
13 Telephone: (213) 576-1000; Facsimile: (213) 576-1100

14 Attorneys for Plaintiffs
   **Patrafico AG and PEZ Candy, Inc.**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRAFICO AG, a Switzerland corporation and PEZ CANDY, INC., a New York corporation,<br><br>            Plaintiffs,<br>   v.<br><br>NANCY YARBROUGH DOSS, d/b/a BURLINGAME MUSEUM OF PEZ MEMORABILIA and COMPUTER SPECTRUM OF BURLINGAME, and GARY DOSS, d/b/a BURLINGAME MUSEUM OF PEZ MEMORABILIA and COMPUTER SPECTRUM OF BURLINGAME,<br><br>            Defendants. | Case No.: 3:09-cv-02773 JL<br><br>**JOINT STIPULATION TO CONSENT TO REASSIGNMENT TO MAGISTRATE JUDGE AND [PROPOSED] ORDER**<br><br>Honorable Jeffrey S. White<br>Dept. 2 |

JOINT STIPULATION TO CONSENT TO REASSIGNMENT TO MAGISTRATE JUDGE AND [PROPOSED] ORDER

LEGAL02/31577246v2

## JOINT STIPULATION

WHEREAS, on October 9, 2009 counsel for Plaintiffs and Defendants appeared before the Honorable Jeffrey S. White at the Initial Case Management Conference ("CMC") in the above-captioned action (the "Action");

WHEREAS, during the CMC Judge White ordered counsel to confer with their respective clients to determine whether or not they would consent to reassignment of the Action to a Magistrate Judge for all purposes;

WHEREAS, Judge White further indicated that if the parties were to stipulate to a specific Magistrate Judge, the Court would honor that stipulation and the action would be reassigned for all purposes to the Magistrate Judge of their choice;

WHEREAS, Judge White's Civil Minute Order of October 13, 2009 required the parties to confer with clients and submit a joint submission on reassignment to a Magistrate Judge for All Purposes by October 16, 2009;

WHEREAS, counsel report that they conferred with their respective clients regarding reassignment to a Magistrate Judge and further report that all parties consent to the reassignment of this Action to Magistrate Judge Joseph C. Spero for all purposes.

ACCORDINGLY, Plaintiffs and Defendants stipulate and consent as follows:

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned Parties hereby jointly and voluntarily consent to have United States Magistrate Judge Joseph C. Spero conduct any and all further proceedings in the case,

///

including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: October 16, 2009

Mitra M. Eskandari-Azari
**ALSTON & BIRD LLP**

/s/ Mitra M. Eskandari-Azari
---
Mitra M. Eskandari-Azari
Attorneys for Plaintiffs
**Patrafico AG and PEZ Candy, Inc.**

DATED: October 16, 2009

Leslie Kramer
**FENWICK & WEST LLP**

/s/ Leslie Kramer
---
Leslie Kramer
Attorneys for Defendants
**NANCY YARBOROUGH DOSS, d/b/a BURLINGAME MUSEUM OF PEZ MEMORABILIA and COMPUTER SPECTRUM OF BURLINGAME; and GARY DOSS, d/b/a BURLINGAME MUSEUM OF PEZ MEMORABILIA and COMPUTER SPECTRUM OF BURLINGAME**

**[PROPOSED] ORDER**

The foregoing joint stipulation is adopted by this Court and therefore the case is reassigned for any and all further proceedings, including trial, and order the entry of a final judgment, to United States Magistrate Judge Joseph C. Spero. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: ___October 19, 2009___                    _____
                                                  Honorable Jeffrey S. White