1   Larry J. Johnson (SBN: 223645)
    larry.johnson@alston.com
2   **ALSTON & BIRD LLP**
3   Two Palo Alto Square, 3000 El Camino Real, Suite 400
    Palo Alto, California 94306-2112
4   Telephone:  (650) 838-2000; Facsimile: (650) 838-2001

5   Alan Behr (*Pro Hac Vice* Pending)
    alan.behr@alston.com
6   **ALSTON & BIRD LLP**
7   90 Park Avenue
    New York, NY 10016-1387 USA
8   Telephone:  (212) 210-9400; Facsimile: (212) 210-9444

9   Jonathan N. Gordon (SBN: 82202)
    jonathan.gordon@alston.com
10  Mitra M. Eskandari-Azari (SBN: 261978)
    mitra.azari@alston.com
11  **ALSTON & BIRD LLP**
12  333 S. Hope Street, 16th Floor
    Los Angeles, California 90071
13  Telephone:  (213) 576-1000; Facsimile: (213) 576-1100

14  Attorneys for Plaintiffs
    **Patrafico AG and PEZ Candy, Inc.**

15              **UNITED STATES DISTRICT COURT**
16        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17  PATRAFICO AG, a Switzerland             Case No.: 3:09-cv-02773 JL
    corporation and PEZ CANDY, INC., a New
18  York corporation,                       **JOINT STIPULATION TO
                                            CONSENT TO REASSIGNMENT TO
19                                          MAGISTRATE JUDGE AND
              Plaintiffs,                   [PROPOSED] ORDER
20
       v.                                   Honorable Jeffrey S. White
21                                          Dept. 2

22  NANCY YARBROUGH DOSS, d/b/a
    BURLINGAME MUSEUM OF PEZ
23  MEMORABILIA and COMPUTER
    SPECTRUM OF BURLINGAME, and
24  GARY DOSS, d/b/a BURLINGAME
    MUSEUM OF PEZ MEMORABILIA and
25  COMPUTER SPECTRUM OF
    BURLINGAME,
26
27            Defendants.

28

# JOINT STIPULATION

WHEREAS, on October 9, 2009 counsel for Plaintiffs and Defendants appeared before the Honorable Jeffrey S. White at the Initial Case Management Conference ("CMC") in the above-captioned action (the "Action");

WHEREAS, during the CMC Judge White ordered counsel to confer with their respective clients to determine whether or not they would consent to reassignment of the Action to a Magistrate Judge for all purposes;

WHEREAS, Judge White further indicated that if the parties were to stipulate to a specific Magistrate Judge, the Court would honor that stipulation and the action would be reassigned for all purposes to the Magistrate Judge of their choice;

WHEREAS, Judge White's Civil Minute Order of October 13, 2009 required the parties to confer with clients and submit a joint submission on reassignment to a Magistrate Judge for All Purposes by October 16, 2009;

WHEREAS, counsel report that they conferred with their respective clients regarding reassignment to a Magistrate Judge and further report that all parties consent to the reassignment of this Action to Magistrate Judge Joseph C. Spero for all purposes.

ACCORDINGLY, Plaintiffs and Defendants stipulate and consent as follows:

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned Parties hereby jointly and voluntarily consent to have United States Magistrate Judge Joseph C. Spero conduct any and all further proceedings in the case,

///

1  including trial, and order the entry of a final judgment.  Appeal from the judgment

2  shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

3

4  DATED:  October 16, 2009                     Mitra M. Eskandari-Azari

5                                               **ALSTON & BIRD LLP**

6

7                                                   /s/ Mitra M. Eskandari-Azari

8                                                   Mitra M. Eskandari-Azari
                                              Attorneys for Plaintiffs

9                                              **Patrafico AG and PEZ Candy, Inc.**

10

11  DATED:  October 16, 2009                     Leslie Kramer

12                                               **FENWICK & WEST LLP**

13

14                                                   /s/ Leslie Kramer

15                                                   Leslie Kramer
                                              Attorneys for Defendants

16                                             **NANCY YARBOROUGH DOSS, d/b/a
                                              BURLINGAME MUSEUM OF PEZ**

17                                             **MEMORABILIA and COMPUTER
                                              SPECTRUM OF BURLINGAME; and**

18                                             **GARY DOSS, d/b/a BURLINGAME**

19                                             **MUSEUM OF PEZ MEMORABILIA and**

20                                             **COMPUTER SPECTRUM OF
                                              BURLINGAME**

21

22

23

24

25

26

27

28

JOINT STIPULATION TO CONSENT TO REASSIGNMENT TO MAGISTRATE JUDGE AND [PROPOSED]
ORDER

LEGAL02/31577246v2

# [PROPOSED] ORDER

The foregoing joint stipulation is adopted by this Court and therefore the case is reassigned for any and all further proceedings, including trial, and order the entry of a final judgment, to United States Magistrate Judge Joseph C. Spero.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: ___ October 19, 2009 ___

_____

Honorable Jeffrey S. White

JOINT STIPULATION TO CONSENT TO REASSIGNMENT TO MAGISTRATE JUDGE AND [PROPOSED] ORDER

LEGAL02/31577246v2