RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
SONGMEE CONNOLLY (CSB NO. 228555)
sconnolly@fenwick.com
SALAM RAFEEDIE BAQLEH (CSB NO. 250191)
sbaqleh@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

JENNIFER L. KELLY (CSB NO. 193416)
jkelly@fenwick.com
RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
LESLIE KRAMER (CSB NO. 253313)
lkramer@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRAFICO AG, a Switzerland corporation and PEZ CANDY, INC., a New York corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NANCY YARBOROUGH DOSS, d/b/a BURLINGAME MUSEUM OF PEZ MEMORABILIA and COMPUTER SPECTRUM OF BURLINGAME, and GARY DOSS, d/b/a BURLINGAME MUSEUM OF PEZ MEMORABILIA and COMPUTER SPECTRUM OF BURLINGAME,<br><br>Defendants. | Case No. 09-cv-02773 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CMC          CASE NO. 09-CV-02773 JCS

1
2   WHEREAS, on June 22, 2009, Plaintiffs Patrifico AG and Pez Candy, Inc. ("Plaintiffs")
3   filed a Complaint against Defendants Nancy Yarborough Doss and Gary Doss, individually and
4   doing business as the Burlingame Museum of Pez Memorabilia and Computer Spectrum of
5   Burlingame (collectively, "Defendants);
6   WHEREAS, on October 19, 2009, pursuant to the parties' Joint Stipulation to Consent to
7   Reassignment to Magistrate Judge, the Honorable Jeffrey S. White entered an order reassigning
8   the above-entitled action to United States Magistrate Judge Joseph C. Spero for all further
9   proceedings [Dkt. No. 24] and on October 20, 2009 the Court entered a Reassignment Order on
10  the same [Dkt. No. 25];
11  WHEREAS, on October 22, 2009, the Honorable Joseph C. Spero entered an order setting
12  a Case Management Conference to be held on November 13, 2009 at 1:30 p.m. [Dkt. No. 26];
13  WHERAS, Civil Local Rule 16-10 requires lead trial counsel appear for the Case
14  Management Conference unless excused by the judge;
15  WHEREAS, due to medical reasons, Rodger R. Cole, co-lead trial counsel for Defendants,
16  will not be able to attend the scheduled Case Management Conference on November 13, 2009;
17  WHEREAS, Jennifer Kelly, co-lead trial counsel for Defendants, has a scheduling conflict
18  on November 13, 2009;
19  WHEREAS, the parties have met and conferred and agreed to continue the Case
20  Management Conference to December 4, 2009 at 1:30 p.m.
21  ACCORDINGLY, Plaintiffs and Defendants, by and through their counsel of record,
22  hereby stipulate that the Case Management Conference will be re-scheduled for December 4,
23  2009 at 1:30 p.m., or such later date as is convenient for the Court.
24
25
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED]
ORDER RESCHEDULING CMC        2        CASE NO. 09-CV-02773 JCS

Dated: November 12, 2009      ALSTON & BIRD LLP

By:     /s/ Larry Johnson
         Larry Johnson

Attorneys for Plaintiffs

Dated: November 12, 2009      FENWICK & WEST LLP

By:     /s/ Leslie Kramer
         Leslie Kramer

Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: 11/12/09            _____
Hon. Joseph C. Spero
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CMC     3     CASE NO. 09-CV-02773 JCS

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Leslie Kramer, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of November 2009, at San Francisco, California.

Dated: November 12, 2009    FENWICK & WEST LLP


By: /s/ Leslie Kramer
       Leslie Kramer

Attorneys for Defendants