UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRAFICO AG, *et al.*, | No. C-09-2773 JCS (EMC) |
| Plaintiffs, | |
| v. | **ORDER GRANTING DEFENDANT'S REQUEST TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE** |
| NANCY YARBROUGH DOSS, *et al.*, | |
| Defendants. | |
| _____/ | |

By letter dated January 26, 2010, Defendant NANCY YARBROUGH DOSS requested to be excused from personally appearing at the settlement conference scheduled for February 25, 2010. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ordered that Defendant NANCY YARBROUGH DOSS be available by telephone from 9:30 a.m. Pacific Time until further notice on February 25, 2010.

If the Court concludes that the absence of Defendant NANCY YARBROUGH DOSS is impeding the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Defendant NANCY YARBROUGH DOSS.

IT IS SO ORDERED.

Dated: February 16, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge