| | |
|---|---|
| 1 | |
| 2 | Randall Allen (SBN: 264067)<br>randall.allen@alston.com |
| 3 | **ALSTON & BIRD LLP**<br>Two Palo Alto Square, 3000 El Camino Real, Suite 400 |
| 4 | Palo Alto, California 94306-2112<br>Telephone:    (650) 838-2000; Facsimile: (650) 838-2001 |
| 5 | |
| 6 | Alan Behr (Admitted *Pro Hac Vice*)<br>alan.behr@alston.com |
| 7 | **ALSTON & BIRD LLP**<br>90 Park Avenue |
| 8 | New York, NY 10016-1387 USA<br>Telephone:    (212) 210-9400; Facsimile: (212) 210-9444 |
| 9 | Jonathan N. Gordon (SBN: 82202) |
| 10 | jonathan.gordon@alston.com<br>Mitra M. Eskandari-Azari (SBN: 261978) |
| 11 | mitra.azari@alston.com<br>**ALSTON & BIRD LLP** |
| 12 | 333 S. Hope Street, 16th Floor<br>Los Angeles, California 90071 |
| 13 | Telephone:    (213) 576-1000; Facsimile: (213) 576-1100<br>Attorneys for Plaintiffs |
| 14 | **Patrafico AG and PEZ Candy, Inc.** |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRAFICO AG, a Switzerland corporation and PEZ CANDY, INC., a New York corporation,<br><br>              Plaintiffs,<br>     v.<br><br>NANCY YARBROUGH DOSS, d/b/a BURLINGAME MUSEUM OF PEZ MEMORABILIA and COMPUTER SPECTRUM OF BURLINGAME, and GARY DOSS, d/b/a BURLINGAME MUSEUM OF PEZ MEMORABILIA and COMPUTER SPECTRUM OF BURLINGAME,<br><br>              Defendants. | Case No.: 3:09-cv-02773 JCS<br><br>**STIPULATION TO AMEND THE COMPLAINT AND [PROPOSED] ORDER**<br><br>Honorable Joseph C. Spero<br>Courtroom A |

# STIPULATION

WHEREAS on June 22, 2009, Plaintiffs Patrafico AG and Pez Candy, Inc. (collectively "PEZ") filed their complaint against Defendants Nancy Yarborough Doss d/b/a Burlingame Museum of Pez Memorabilia and Computer Spectrum of Burlingame, and Gary Doss d/b/a/ Burlingame Museum of Pez Memorabilia and Computer Spectrum of Burlingame.

WHEREAS on December 4, 2009, at the Case Management Conference held before the Honorable Joseph C. Spero, PEZ indicated its intention to amend its complaint.

WHEREAS on December 9, 2009, the defendants agreed to stipulate to PEZ filing a First Amended Complaint in this action to add a claim for relief for copyright infringement.

WHEREAS on February 12, 2010, PEZ provided a draft of the proposed First Amended Complaint to the defendants and on February 17, 2010 PEZ provided a redline comparing the original and proposed First Amended Complaint.

ACCORDINLY, the parties, by and through their counsel of record, hereby stipulate and consent to the filing of PEZ's First Amended Complaint, attached hereto as Exhibit A. Defendants Nancy Doss and Gary Doss will have 21 days to answer the First Amended Complaint.

DATED:  February 24, 2010

Randall Allen
**ALSTON & BIRD LLP**


/s/ Mitra M. Eskandari
Mitra M. Eskandari
Attorneys for Plaintiffs
**Patrafico AG and PEZ Candy, Inc.**

DATED:  February 24, 2010

Leslie Kramer
**FENWICK & WEST LLP**


/s/  Leslie Kramer
Leslie Kramer
Attorneys for Defendants
**NANCY YARBOROUGH DOSS, d/b/a BURLINGAME MUSEUM OF PEZ**

| | |
|---|---|
| 1 | |
| 2 | MEMORABILIA and COMPUTER SPECTRUM OF BURLINGAME; and GARY DOSS, d/b/a BURLINGAME MUSEUM OF PEZ MEMORABILIA and COMPUTER SPECTRUM OF BURLINGAME |
| 3 | |
| 4 | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _2/25/10_____

_____
Honorable
United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*

2

STIPULATION TO AMEND THE
COMPLAINT AND [PROPOSED] ORDER

CASE NO. 09-CV-02773 JCS

## FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X (B) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the signatory(ies) above .

Respectfully Submitted,

DATED:  February 24, 2010         Randall Allen
                                  **ALSTON & BIRD LLP**


                                  _____/s/ Mitra M. Eskandari_____
                                     Mitra M. Eskandari
                                  Attorneys for Plaintiffs
                                  **Patrafico AG and PEZ Candy, Inc.**