UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRAFICO AG, ET AL., | No. C 09-02773 JCS |
| Plaintiff(s), | |
| v. | **ORDER EXTENDING ORDER OF DISMISSAL [Docket No. 48]** |
| NANCY YARBROUGH DOSS, ET AL., | |
| Defendant(s). | |

On February 26, 2010, this Court entered an Order of Dismissal of this action. IT IS HEREBY ORDERED that the Order of Dismissal shall be extended by thirty (30) days for said settlement to be delivered.

IT IS SO ORDERED.

Dated: April 9, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge