UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRAFICO AG, ET AL., | No. C 09-02773 JCS |
| Plaintiff(s), | |
| v. | **ORDER EXTENDING ORDER OF DISMISSAL TO JULY 21, 2010 [Docket No. 50]** |
| NANCY YARBROUGH DOSS, ET AL., | |
| Defendant(s). | |

On February 26, 2010, this Court entered an Order of Dismissal of this action. On April 9, 2010, the Court extended the order of dismissal for 30 days pending delivery of the settlement. The Court HEREBY extends the order of dismissal to July 21, 2010 in order to allow for the resolution of remaining disputes related to the settlement.

IT IS SO ORDERED.

Dated: May 13, 2010

JOSEPH C. SPERO
United States Magistrate Judge